**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-319-RJC-DCK**

| | |
|---|---|
| KEVIN SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED PARCEL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Discovery" (Document No. 6) filed June 29, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice.

To date, no answer has been filed, and no case management order has been entered. As such, the undersigned finds the instant motion premature. <u>See</u> Local Rule 26.1.

> Official Court-ordered and enforceable discovery does not commence until issuance of the Scheduling Order. While parties are encouraged to engage in consensual discovery before such period and up to trial, the Court will only enforce discovery that is conducted within the context of the Scheduling Order or where leave is granted in accordance with LCvR 16.1(f).

Local Rule 26.1. Pursuant to Local Rule 16.1, the parties shall conduct an Initial Attorney's Conference ("IAC") within fourteen (14) days of joinder of the issues, and within seven (7) days of the IAC the parties shall complete and file a Certification of Initial Attorney's Conference ("CIAC"), which shall include a proposed discovery plan. Local Rule 16.1(A)-(B). The parties may engage in consensual discovery at any time, however, Court enforceable discovery does not

commence until issues have joined and a Scheduling Order is entered.  Local Rule 16.1(F).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Discovery" (Document No. 6) is **DENIED WITHOUT PREJUDICE**.

Signed: July 2, 2012

David C. Keesler
United States Magistrate Judge