IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-319-RJC-DCK

| | |
|---|---|
| KEVIN SANDERS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| UPS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 17) filed by Susan B. Molony, concerning Charles A. Gartland II on January 17, 2013. Mr. Charles A. Gartland II seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application for Admission to Practice *Pro Hac Vice* (Document No. 17) is **GRANTED.** Mr. Charles A. Gartland II is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 23, 2013

David C. Keesler
United States Magistrate Judge