IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-319-RJC-DCK

| | |
|---|---|
| KEVIN SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED PARCE SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Consent to file Stipulated Order Concerning Confidential Material and Information" (Document No. 30) filed June 27, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

The undersigned construes the instant motion as a motion to seal documents designated as "confidential." Plaintiff's motion will be allowed, consistent with the parties' "Stipulated Protective Order Concerning Confidential Materials And Information" (Document No. 28).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Consent to file Stipulated Order Concerning Confidential Material and Information" (Document No. 30) is **GRANTED**.

Signed: June 28, 2013

David C. Keesler
United States Magistrate Judge