UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-319-RJC-DCK

| KEVIN SANDERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| UNITED PARCEL SERVICE, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the Parties' Joint Motion for Judicial Settlement Conference in Lieu of Private Mediation. (Doc. No. 39). Specifically, Plaintiff, who is proceeding pro se and in forma pauperis, has indicated that he does not have the financial means to contribute to the costs of private mediation. (Id. at 2). Accordingly, the Court **GRANTS** the parties Joint Motion, and, pursuant to Local Rule of Civil Procedure 16.3(D)(3), assigns Magistrate Judge David Keesler as the Presiding Judicial Officer.

**IT IS, THEREFORE, ORDERED** that the Parties shall participate in a Judicial Settlement Conference with Magistrate Judge Keesler as the Presiding Judicial Officer. The Parties shall confer with each other and communicate within fourteen (14) days of this order with Magistrate Judge Keesler's chambers to schedule the conference. This order replaces the deadline imposed by Doc. No. 40 regarding the deadline for mediation. The conference date recognized by Judge Keesler will serve as the new deadline.

Signed: August 27, 2013

Robert J. Conrad, Jr.
United States District Judge