IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-319-RJC-DCK

| | |
|---|---|
| KEVIN SANDERS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* concerning the scheduling of a Judicial Settlement Conference, and the dispositive motions deadline. Pursuant to an "Order" (Document No. 43) of the Honorable Robert J. Conrad, Jr., the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference and a date has been agreed upon.

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall convene at **1:00 p.m. on Wednesday, October 2, 2013**, in Courtroom #3 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #3 and its attached conference rooms.

**IT IS FURTHER ORDERED** that dispositive motions in this matter may be filed on or before **October 11, 2013**.

**SO ORDERED**.

Signed: September 9, 2013

David C. Keesler
United States Magistrate Judge